

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00446-CV

John **THOMAS**,
Appellant

v.

Cynthia **THOMAS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 14-45C
Honorable Robert R. Barton, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  September 17, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have settled their dispute.  The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a).  Costs of appeal are taxed against appellant.  *See id*. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM